# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3001**                                        **September Term, 2023**

**1:22-sc-02144-BAH**

**Filed On:** September 5, 2023

In re: Sealed Case,

   **BEFORE:**   Henderson, Katsas, and Rao, Circuit Judges

# UNDER SEAL OPINION NOT AVAILABLE TO PUBLIC